UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION



FILED
APR 26 2006

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| WESLEY W. AUSTIN,<br><br>Movant,<br><br>-vs-<br><br>UNITED STATES OF AMERICA,<br><br>Respondent. | CIV 06-4071<br>CR 01-40077<br><br>ORDER |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Wesley W. Austin has filed a Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255. (Doc.1) Accordingly,

IT IS ORDERED:

(1) That the Clerk of Court is directed to serve upon the United States Attorney for the District of South Dakota, by certified mail, a copy of the Motion to Vacate, Set Aside, or Correct Sentence and this Order; and

(2) That the government shall file a response to the § 2255 motion within thirty days after service of this Order.

Dated this 26th day of April, 2006.

BY THE COURT:

Lawrence L. Piersol
United States District Judge

ATTEST:
JOSEPH HAAS, CLERK

BY: Shelly Margulies
(SEAL)   DEPUTY